CARTER, Respondent, v. VILLAGE OF WATERFORD, Appellant, et al. (Supreme Court, Appellate Division, Third Department.

January 6, 1909.) Action by Charles H. Carter against the Village of Waterford, impleaded with others. No opinion. Order affirmed, with $10 costs and disbursements.